■ GLORIA JEFFERSON et al., Respondents, v GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant.—In a proceeding to compel arbitration, the appeal is from an order of the Supreme Court, Kings County, dated May 30, 1974, which denied appellant's motion to stay arbitration and directed the parties to proceed to arbitration. The appeal also brings up for review so much of an order of the same court, dated September 3, 1974, as, upon granting reargument, adhered to the original decision. Appeal from the order dated May 30, 1974 dismissed. That order was superseded by the order granting reargument. Order dated September 3, 1974 reversed insofar as reviewed, without costs, motion granted, and proceeding dismissed. Since the demand for arbitration was served by ordinary mail, the method of service did not satisfy the requirements of CPLR 7503 (subd. [c]) that such a demand must be served in the same manner as a summons, or by registered or certified mail, return receipt requested. Accordingly, it was null and void and the application to stay arbitration should have been granted (Matter of Chasin v Chasin, 37 AD2d 839). Gulotta, P. J., Martuscello, Christ, Brennan and Shapiro, JJ., concur.

■ URSULA H. JOACHIM, Respondent, v HEINRICH JOACHIM, Appellant. —In a matrimonial action, defendant appeals (1) from a judgment of the Supreme Court, Westchester County, dated November 29, 1974, which, after a nonjury trial, inter alia, (a) granted plaintiff a divorce, (b) dismissed his counterclaims, (c) awarded plaintiff alimony in the amount of $105 per week and (d) directed him to pay child support in the amount of $45 per week and (2) from an order of the same court, dated February 20, 1975, except so much thereof as denied that branch of plaintiff's motion which sought to adjudge him in contempt of court for nonpayment of alimony and child support. Judgment modified, on the facts, by reducing the award of alimony to $75 per week and the award of child support to $35 per week. As so modified, judgment affirmed, without costs. Order affirmed insofar as appealed from, without costs. The awards of alimony and child support were excessive to the extent indicated herein. Gulotta, P. J., Martuscello, Christ, Brennan and Shapiro, JJ., concur.

■ JOAN MACK, Respondent, v MARVIN FRIEDER, Appellant.—In a medical malpractice action, defendant appeals from an order of the Supreme Court, Kings County, entered August 14, 1974, which denied his motion for summary judgment. Order modified by adding to the decretal paragraph thereof, the following: "without prejudice to renewal after completion of all preliminary procedures". As so modified, order affirmed, without costs. In this malpractice action, in which the defendant doctor raises the defense that the Workmen's Compensation Law provided plaintiff's sole and exclusive remedy, the proofs are not sufficient to satisfy the requirements of Garcia v Iserson (33 NY2d 421). Rabin, Acting P.J., Hopkins, Martuscello, Cohalan and Munder, JJ., concur.